# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| Jonathan Bennett,<br><br>    Plaintiff,<br><br>v.<br><br>Check Resolution Service, Inc.,<br><br>    Defendant. | Case No. 2:08-cv-15139-NGE-SDP<br><br><br>**NOTICE OF DISMISSAL<br>WITH PREJUDICE** |

Now comes Plaintiff, by and through counsel, and hereby dismisses the present action with prejudice pursuant to Fed. R. 41(a)(1)(A)(i).  This notice is being filed before Defendant has served an answer and therefore is appropriate for dismissal absent stipulation by all parties.

                    RESPECTFULLY SUBMITTED,

                    Legal Helpers, P.C.
                    Attorneys for Plaintiff

                    By: s/Timothy J. Sostrin
                        Timothy J. Sostrin
                        233 S. Wacker, Suite 5150
                        Chicago, IL 60606
                        Telephone:  312-753-7576
                        Fax: 312-822-1064
                        Email:  tjs@legalhelpers.com

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2009, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served through U.S. Mail.

Check Resolution Service, Inc.
1561 Kenmore Ave.
Kenmore, NY 14217

s/Timothy J. Sostrin